UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 16-022-DCR-01 |
| | ) | |
| V. | ) | |
| | ) | |
| ERIC CHRISTOPHER CONN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

On January 9, 2017, Defendant Eric Conn filed a pleading captioned "MOTION & MEMORANDUM TO DISMISS AND JOIN IN MOTION TO DISMISS OF DEFENDANT ADKINS." [Record No. 134]  The motion stated as its basis Federal Rule of Criminal Procedure 12(b)(3)(A)(ii), pre-indictment delay.  [*Id.*]  It also included reference to a motion to dismiss filed by Conn's co-defendant Bradley Adkins.  [*Id.* citing Record No. 132 at 2] Ten days later, Defendant Conn filed a pleading captioned "NOTICE OF DEFENDANT ERIC CONN'S JOINING IN MOTIONS OF CO-DEFENDANTS." [Record No. 142]  The January 19th Notice stated Conn's intent to join in three motions filed by his co-defendants.  Those motions included: Defendant Adkin's Motion for Bill of Particulars [Record No. 131]; Defendant Daugherty's Motion for Bill of Particulars [Record No. 129], and; Defendant Daugherty's Motion to Strike Surplusage [Record No. 130].  [Record No. 142]

On January 22, 2017, Defendant Conn filed in the record a notice of his intent to withdraw both previous filings (i.e., the January 9th Motion to Dismiss [Record No. 134] and the January 19th Notice joining in other motions [Record No. 142]).  [Record No. 145]

- 1 -

Being sufficiently advised, it is hereby

 **ORDERED** as follows:

1.      Defendant Conn's January 22, 2017 Notice of Withdrawal [Record No. 145] is construed as a motion and is **GRANTED.**

2.      Defendant Conn's Motion to Dismiss and Join in the Motion of his co-defendant [Record No. 134] is **DENIED**, with prejudice.

3.      Defendant Conn's Notice of Joining in the Motions of his co-defendants [Record No. 142] is construed as a motion and is **DENIED,** with prejudice.

This 24th day of January, 2017.

Signed By:

*Danny C. Reeves*   DCR

**United States District Judge**

- 2 -